IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUTY ASSIGNMENT | : | No. 476 |
| SCHEDULE FOR EMERGENCY | : | Judicial Administration |
| PETITIONS IN THE YEAR 2017 | : | Docket |

AMENDED ORDER

PER CURIAM:

AND NOW, this 3rd day of October, 2017 the amended order issued September 28th is hereby rescinded and it is hereby ordered that the order at No. 476 Judicial Administration Docket, dated December 21, 2016, listing emergency duty assignments is hereby amended as follows:

| | | |
|---|---|---|
| October | Justice David Wecht | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| November | Justice Kevin Dougherty | (Eastern District) |
| | Justice Max Baer | (Western District) |
| December | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |